**<u>Complaint Synopsis  2:23-mj-200-KFW</u>**

| | |
|---|---|
| **Name:** | Lonnel Diggs |
| **Address:**<br>**(City & State Only)** | Lewiston, Maine and Van Nuys, California |
| **Year of Birth/Age:** | 1984/39 |
| **Violations:** | <u>Count One</u>: Conspiracy to violate federal firearms laws.  18 U.S.C. § 371.<br><br><u>Counts Two through Eleven</u>: False statement during acquisition of a firearm from a licensed firearm dealer.  18 U.S.C. §§ 922(a)(6) and 2.<br><br><u>Count Twelve</u>:  Felon in Possession of a Firearm. 18 U.S.C. §§ 922(g)(1) and 2. |
| **Penalties:** | <u>Count One</u>:  Imprisonment of not more than five years; fine not to exceed two hundred fifty thousand dollars ($250,000); or both.  18 U.S.C. § 371; 18 U.S.C. § 3571(b)(3).<br><br>Class D felony pursuant to 18 U.S.C. § 3559(a)(4).<br><br><u>Counts Two through Eleven</u>: Imprisonment of not more than ten years; fine not to exceed two hundred fifty thousand dollars ($250,000); or both.  18 U.S.C. § 924(a)(2); 18 U.S.C. § 3571(b)(3).<br><br>Class C felonies pursuant to 18 U.S.C. § 3559(a)(3).<br><br><u>Count Twelve</u>: Imprisonment of not more than fifteen years; fine not to exceed two hundred fifty thousand dollars ($250,000); or both.  18 U.S.C. § 924(a)(8); 18 U.S.C. § 3571(b)(3).<br><br>Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | <u>Counts One through Twelve</u>: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | <u>Counts One through Twelve</u>: Not more than two years. 18 U.S.C. § 3583(e)(3). |

| | |
|---|---|
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | <u>Counts One through Twelve</u>: Three years less any term of imprisonment imposed upon revocation of supervised release.  18 U.S.C. §3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | ATF/Task Force Officer Dominic Cloutier |
| **Detention Status:** | Pending arrest |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Androscoggin |
| **AUSA:** | Sheila Sawyer |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |